and *Mr. William Henry Dennis* for petitioners. *Mr. Edmund Wetmore* and *Mr. Henry D. Donnelly* for respondent.

---

No. 479. First National Bank of Chicago et al., Petitioners, *v.* Chicago Title and Trust Company, Trustee, etc. November 30, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Wallace Heckman* and *Mr. Henry S. Robbins* for petitioners. *Mr. Joseph E. Paden* and *Mr. Newton Wyeth* for respondent.

---

No. 434. Vacuum Oil Company, Petitioner, *v.* Climax Refining Company. December 7, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Howard L. Osgood* for petitioner. *Mr. Frederick L. Taft* for respondent.

---

No. 492. William H. Slaughter et al., Petitioners, *v.* La Compagnie Francaise Des Cables Telegraphiques. December 7, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. C. Walter Artz* for petitioner. *Mr. Edward K. Jones* for respondent.

---

No. 482. Winfield S. Gregg, Petitioner, *v.* Metropolitan Trust Company et al. December 7, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Harlan Cleveland* for petitioner. *Mr. Herbert Parsons* for respondent.

---

No. 498. Walter N. Dimmick, Petitioner, *v.* United States. December 14, 1903. Petition for a writ of certiorari